Form B 250B (12/09)

# CERTIFICATE OF SERVICE

I, HANNAH L. WAGNER                                   certify that service of this summons and a copy of
the complaint was made  ON 11/30/2015            by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
JOSE CRUZ RAMIREZ BOBADILLA          ROBERT L. SCRUGGS
1025 TOM HAILEY                                         2021 RICHARD JONES ROAD #220
LA VERGNE, TN 37086                                  NASHVILLE, TN 37215

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  11/30/2015                                        Signature _____

Print Name:                                 HANNAH L. WAGNER
                                            3740 DAVINCI COURT
Business Address:                           SUITE 150
                                            PEACHTREE CORNERS, GA 30092